## SUPREME COURT.

THE BOARD OF COMMISSIONERS OF PILOTS agt. PAUL N.
SPOFFORD and another

*Extra allowance of costs.*

Where counsel, at or previous to the trial, agree that the amount for which
the plaintiff claims to recover in the action shall be fixed at a certain
sum, this sum will form the basis for an extra allowance of costs.

*New York Special Term, July,* 1874.

MOTION for extra allowance of costs.

*Mr. Butler,* for plaintiff.

*Mr. Thorn,* for defendant.

WESTBROOK, *J.*—The additional affidavit submitted shows
that, by an agreement between counsel made prior to the trial
of the above action, the amount which the plaintiff claimed
to recover therein was $4,600.

Section 349 of the Code provides for an allowance "not
exceeding five per cent upon the amount of the recovery or
claim, or subject-matter involved." The compensation is for
the work and labor of the trial, and it seems to me that the
allowance should be based upon the amount which was shown
by that contest to be really in dispute. The sum for which
the complaint demands judgment really is the claim of the
plaintiff; and especially can it not be so regarded when coun-
sel, by actual agreement, fix it less. Parties frequently adjust
the amount of a recovery for which judgment may be had,
provided there is any recovery at all. Take for example an

action of trespass, *quare clausum fregit*, in which the complaint claims $1,000 as damages. On the trial counsel stipulate that the amount of actual injury is $250; which sum the plaintiff shall recover, provided the *locus in quo* is found to belong to him. Suppose, in such a case, the defendant has a verdict, upon what sum would the allowance be based, and what would be considered the claim of the plaintiff? Or in an action for the conversion of personal property, when the value of the property taken is admitted upon the trial, the litigation being as to the title and the defendant succeeds, what, in such a case, is the claim?

The supposed cases illustrate this. The claim was actually $4,600, and this was the amount concerning which a trial was had and the labor performed.

It follows that the order should give to the defendant an allowance of five per cent upon the sum of $4,600. Considering the extent of the litigation, the amount will not be unreasonable. The character in which plaintiffs sue, and the objects of an action, are neither of them elements which the court can regard in fixing the allowance. No discretion, based upon any such consideration, has, by the Code, been committed to the judiciary.